# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Böwe Bell + Howell Holdings, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**36-4469926** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>760 S. Wolf Road<br>Wheeling, Illinois    ZIP CODE **60090** | Street Address of Joint Debtor (No. & Street, City, State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check **one** box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check **one** box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check **one** box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4.01./13 and every three years thereafter*).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**[1]

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

---

[1] The statistical information set forth herein is based on the consolidated financial information of the Debtor and its affiliates.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Böwe Bell + Howell Holdings, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>See Exhibit 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)   Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Böwe Bell + Howell Holdings, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X */s/ Mark D. Collins*<br>Signature of Attorney for Debtor(s)<br>Mark D. Collins, Esq. (No. 2981)<br>Printed Name of Attorney for Debtor(s)<br>Richards, Layton & Finger, P.A.<br>Firm Name<br>One Rodney Square, 920 N. King Street<br>Address<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>Telephone Number<br>April 18, 2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ O. Bialowons*<br>Signature of Authorized Individual<br>Oliver Bialowons<br>Printed Name of Authorized Individual<br>Chairman of the Board of Directors<br>Title of Authorized Individual<br>April 18, 2011<br>Date | |

**Exhibit 1**

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates
Each Concurrently Filed in the United States Bankruptcy Court
for the District of Delaware**

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.  Contemporaneously with the filing of their petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

1. Böwe Bell + Howell Holdings, Inc.
2. BBH, Inc.
3. Böwe Bell + Howell Company
4. Böwe Bell + Howell Postal Systems Company
5. Böwe Systec, Inc.
6. BCC Software, Inc.
7. Böwe Bell + Howell International Ltd.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Bell + Howell Holdings, Inc., | ) | Case No. 11-_____ (\_\_\_\_\_) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. 36-4469926 | ) | |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

   The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a voluntary petition in this Court on April 18, 2011 (the "Petition Date") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "Top 20 List") based on the Debtors' books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Böwe Systec GmbH (registered as "mertus Zweiundachtzigste GmbH") | Böwe Systec GmbH<br>Werner-Von-Siemens, Str. 1<br>86159 Augsburg<br>Germany<br>Tel: 49 821 5702-0<br>Fax: 49 821 5702-234 | Contract Obligations and Trade Debt | | $12,788,783 |
| Pension Benefit Guaranty Corporation as successor in interest to Fidelity Management Trust | Pension Benefit Guaranty Corporation<br>1200K St. N.W. Suite 270<br>Dept. of Insurance Supervision and Compliance<br>Washington, DC 20005-4026<br>Tel: 800-736-2444<br>Fax: 202-326-4042<br><br>Fidelity Management Trust<br>c/o Emily Worobey<br>82 Devonshire St. V7D<br>Boston, MA 02109<br>Tel: 617-563-7000<br>Fax: 617-385-2389 | Employees Pension Obligations | | $10,926,919 |
| Litigation Counter-Parties in Settled Federal Action | c/o Lisa Carney Eldridge, Esq.<br>Thorp Reed & Armstrong, LLP<br>One Commerce Square, 2005 Market St. Suite 190<br>Philadelphia, PA 19103<br>Tel: 215-640-8500<br>e-mail: contact@thorpreed.com | Settlement of Lawsuit | | $3,704,531 |
| Böwe Systec Vertriebs- und Service GmbH | Böwe Systec Vertriebs- und Service GmbH<br>Hans-Mess-Strasse 3<br>61440 Oberursel<br>Germany<br>Tel: 49 6172/4995-0<br>Fax: 49 6172-4995/125 | Trade Debt | | $2,428,745 |
| Böwe Cardtech GmbH | Böwe Cardtech GmbH<br>Ballhorner Feld 28<br>33106 Paderborn<br>Germany<br>Tel: 49 5251 18086 0<br>Fax: 49 5251 18086 99 | Trade Debt | | $1,302,853 |
| American Express | American Express<br>P.O. Box 981540<br>El Paso, TX 79998-1540<br>Tel: 800-528-2122 | Employee Travel Expenses | | $539,924 |
| Choice Precisions Machine Inc. | Choice Precisions Machine Inc.<br>4380 Commerce Drive<br>Whitehall, PA 18052<br>Tel: 610-502-1111<br>Fax: 610-502-1109 | Trade Debt | | $375,745 |
| Sefas Innovation Inc. | Sefas Innovation Inc.<br>405 Park Avenue<br>C/O Access Capital Inc.<br>New York, NY 10002<br>Tel: 781-425-5060<br>Fax: 781-207-5871 | Trade Debt | | $343,732 |
| Arrow Electronics | Arrow Electronics<br>13469 Collections Center Drive<br>Chicago, IL 60693<br>Tel: 303-645-8715<br>Fax: 303-645-8784 | Trade Debt | | $300,950 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| MEP Technologies | MEP Technologies<br>3100 Peugot<br>Laval, QC H7L 5C6<br>Canada<br>Tel: 450-682-0804<br>Fax: 450-682-3868 | Trade Debt | | $256,200 |
| Sherlock Systems Inc.. | Sherlock Systems Inc..<br>1584 Barclay Blvd<br>Buffalo Grove, IL 60089<br>Tel: 847-520-7711<br>Fax: 847-520-9803 | Trade Debt | | $255,474 |
| Remcal Products Corp. | Remcal Products Corp.<br>2068 Bunnell Rd<br>Warrington, PA 18976<br>Tel: 215-343-5500<br>Fax: 215-343-5574 | Trade Debt | | $232,154 |
| Dell Financial Services LP | Dell Financial Services LP<br>PO Box 5292<br>Payment Processing Center<br>Carol Stream, IL 60197-5292<br>Tel: 800-274-3355<br>Fax: 800-685-0438 | Trade Debt | | $212,932 |
| VI Manufacturing | VI Manufacturing<br>164 Orchard St.<br>Webster, NY 14580<br>Tel: 585-872-5650<br>Fax: 585-872-2839 | Trade Debt | | $207,363 |
| PNC Equipment Finance | PNC Equipment Finance<br>995 Dalton Ave.<br>Cincinnati, OH 45203<br>Tel: 773-726-1855<br>Fax: 866-412-7372 | Trade Debt | | $179,641 |
| United Van Lines | United Van Lines<br>1344 N W Boulevard<br>Vineland, NJ 08360<br>Tel: 317-222-7420<br>e-mail: carol@safewaymoving.com | Trade Debt | | $157,071 |
| Parascript LLC | Parascript LLC<br>Dept 2479<br>PO Box 122479<br>Dallas, TX 75312-2479<br>Tel: 303-381-3100<br>Fax: 303-381-3101 | Trade Debt | | $152,708 |
| Britech Inc. | Britech Inc.<br>775 Roble Road<br>Allentown, PA 18109<br>Tel: 888-427-4832<br>Fax: 610-264-5398 | Trade Debt | | $151,242 |
| Henderson Industries | Henderson Industries<br>3864 Courtne St., Suite 220<br>Bethlehem, PA 18017<br>Tel: 610-758-9263<br>Fax: 610-758-9261 | Trade Debt | | $148,379 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Buskro Ltd. | Buskro Ltd.<br>P.O. Box 987<br>Norwich, NY 13815<br>Tel: 888-828-7576<br><br>Buskro Ltd.<br>1738 Orangebrook Court<br>Pickering, Ontario<br>Canada L1W 3G8<br>Tel: 905 839 6018<br>Fax: 905 839 6023 | Trade Debt | | $147,674 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Böwe Bell + Howell Holdings, Inc., | Case No. 11-_____ (_____) |
| Debtor. | |
| Employer Tax I.D. 36-4469926 | |

### DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

I, Michael Wilhelm, Chief Financial Officer of Böwe Bell + Howell Holdings, Inc., declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims Against the Debtors and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 18, 2011
      Wilmington, Delaware

Name: Michael Wilhelm
Title: Chief Financial Officer

RLF1 3773154v. 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Bell + Howell Holdings, Inc., | ) | Case No. 11-_____ (_____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. 36-4469926 | ) | |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

| **Holder** | **Name and Address of Owner(s)** | **Description of Equity Interest Owned** |
|---|---|---|
| Böwe Systec AG[1] | Werner-von-Siemens-Straße 1<br>86159 Augsburg<br>Germany | 100% |

---

[1] Böwe Systec AG filed an insolvency proceeding in Germany in May 2010. The insolvency administrator is Werner Schneider, Schneider, Geiwitz & Partner, Certified Public Accountants, Tax Consultants, Attorneys-at-Law, Bahnhofstr. 41, 89231 Neu-Ulm.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Böwe Bell + Howell Holdings, Inc., | Case No. 11-_____ (____) |
| Debtor. | |
| Employer Tax I.D. 36-4469926 | |

## DECLARATION CONCERNING DEBTOR'S LIST OF EQUITY SECURITY HOLDERS

I, Michael Wilhelm, Chief Financial Officer of Böwe Bell + Howell Holdings, Inc., declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: April 18, 2011
Wilmington, Delaware

Name: Michael Wilhelm
Title: Chief Financial Officer

RLF1 3773154v. 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Böwe Bell + Howell Holdings, Inc., | ) ) | Case No. 11-_____ (____) |
| Debtor. | ) ) |  |
| Employer Tax I.D. 36-4469926 | ) ) ) |  |

### BÖWE BELL + HOWELL HOLDINGS, INC.'S STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Böwe Bell + Howell Holdings, Inc., a Delaware corporation (the "Debtor"), respectfully represents that Böwe Systec AG[1] directly owns 100% of the Debtor's equity interests.

Dated: April 18, 2011
      Wilmington, Delaware

Name:   Michael Wilhelm
Title:   Chief Financial Officer

---

[1] Böwe Systec AG filed an insolvency proceeding in Germany in May 2010. The insolvency administrator is Werner Schneider, Schneider, Geiwitz & Partner, Certified Public Accountants, Tax Consultants, Attorneys-at-Law, Bahnhofstr. 41, 89231 Neu-Ulm.

RLF1 3773154v. 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Böwe Bell + Howell Holdings, Inc.,** | ) | **Case No. 11-_____ (_____)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **Employer Tax I.D. 36-4469926** | ) | |
| | ) | |

## LIST OF CREDITORS

The above-captioned debtor and its affiliated debtors and debtors in possession (collectively, the "Debtors") each filed a petition in this Court on April 18, 2011 for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petitions, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically along with this petition.

[information provided in electronic format]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Bell + Howell Holdings, Inc., | ) | Case No. 11-_____ (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Employer Tax I.D. 36-4469926 | ) | |
| | ) | |

## DECLARATION REGARDING CREDITOR LIST

I, Michael Wilhelm, Chief Financial Officer of Böwe Bell + Howell Holdings, Inc., declare under penalty of perjury that I have reviewed the Consolidated Creditor List submitted herewith and that it is true and correct to the best of my information and belief.

Dated: April 18, 2011
Wilmington, Delaware

Name: Michael Wilhelm
Title: Chief Financial Officer

# BOWE BELL + HOWELL HOLDINGS, INC.

Consent of the Sole Director
Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware

The undersigned, being the sole director of Bowe Bell + Howell Holdings, Inc., a Delaware corporation (the "Company"), pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, DOES HEREBY CONSENT to the adoption of, and DOES HEREBY ADOPT, the following resolutions:

RESOLVED, that the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it be further

RESOLVED, that the president, the chief executive officer, any vice president, the secretary and the assistant secretary of the Company (collectively, the "Designated Officers") shall be, and each of them hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer(s), in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer(s)); (b) execute, verify and file or cause to be filed all schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Designated Officer(s) deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer(s) may approve; and (d) cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of the Designated Officer(s) shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the chapter 11 case; and it be further

RESOLVED, that the execution and verification of the Petition by any Designated Officer(s) containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by such Designated Officer(s) shall be conclusive evidence of the approval of such Petition by the Company and this Board and the actions of any Designated Officer(s) taken pursuant to the foregoing resolutions, including the execution and delivery of any ancillary agreements and the execution and verification of any petitions, schedules, lists, motions, applications and other papers or documents, shall be conclusive evidence of the approval thereof by the Company and this Board; and it be further

RESOLVED, that the Designated Officers of the Company shall be, and each of them hereby is, authorized and empowered to retain, on behalf of the Company: (a) Richards, Layton & Finger, P.A., as bankruptcy counsel to the Company; (b) McDermott Will & Emery, as special corporate counsel to the Company; (c) Focus Management Group, as financial advisor to the Company; (d) Lazard Middle Market LLC, as investment banker to the Company; (e) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such officer's or officers' judgment may be necessary or desirable in connection with the Company's chapter 11 case and other related matters, on such terms as such officer or officers shall approve; and it be further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A. and any additional special counsel selected by the Designated Officers, if any, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and debtor in possession, in connection with any chapter 11 case commenced by or against it under the Bankruptcy Code; and it be further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers of the Company, each of the officers of the Company or their designees shall be, and each of them hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it be further

RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

[*Signature Page Follows*]

The Secretary of the Company is hereby directed to file a signed copy of this Consent in the minute book of the Company.

_____
Name: Oliver Bialowons
Date: